JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY HARRINGTON, individually and on behalf of all others similarly situated, | Case No. CV 08-05092 DDP (RCx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MICHAEL W. PERRY; LOUIS E. CALDERA; LYLE E. GRAMLEY, HUGH M. GRANT; PATRICK C. HADEN; TERRANCE G. HODEL; ROBERT L. HUNT II, LYDIA H. KENNARD, JOHN F. SEYMOUR; BRUCE G. WILLISON, | |
| Defendants. | |

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: February 22, 2011

_____
DEAN D. PREGERSON
United States District Judge